IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RANDALL LAMONT ROLLE,

    Plaintiff,

v.                                      CASE NO. 4:05-cv-00333-MP-EMT

M. LILIA DANDELAKE,
LAW OFFICES OF FRANK E. SHEFFIELD INC,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 19, Report and Recommendations of the Magistrate Judge, recommending that plaintiff's Notice of Voluntary Dismissal, Doc. 18, be granted and this case be dismissed without prejudice. The Magistrate Judge filed the Report and Recommendation on Tuesday, February 28, 2006. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections were made. Therefore, having considered the Report and Recommendation, I have determined that the Report and Recommendation should be ADOPTED. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     Plaintiff's Notice of Voluntary Dismissal, Doc. 18, is granted and this case is dismissed without prejudice.

**DONE AND ORDERED** this  *21st* day of April, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge
